SW 12/30/13
MWC:2013R00162

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN -7 P 4:21

CLERK'S OFFICE
AT BALTIMORE
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.**

**RODNEY HUBERT,**
**a/k/a "Noah," and**
**CHARLES HUFTON,**
**a/k/a "CJ,"**

**Defendants.**

**CRIMINAL NO. GLR-13-595**

**(Conspiracy to Commit Sex Trafficking of a Minor, 18 U.S.C. § 1594; Sex Trafficking of a Minor, 18 U.S.C. § 1591(a); Aiding & Abetting, 18 U.S.C. § 2)**

## SUPERSEDING INDICTMENT

### COUNT ONE
**(Conspiracy to Commit Sex Trafficking of a Minor)**

The Grand Jury for the District of Maryland charges that:

### Introduction

At all times material to this Indictment:

1. **RODNEY HUBERT, a/k/a "Noah", ("HUBERT")** was a 38-year-old resident of Baltimore County and a registered sex offender in the state of Maryland.

2. **CHARLES HUFTON, a/k/a "CJ", ("HUFTON")** was a 25-year-old resident of Cockeysville, Maryland, a bouncer at the Diamond Lounge in Baltimore City.

3. B.O. was a 16-year-old resident of Baltimore City.

4. B.S. was a 19-year-old associate of **HUBERT** whom **HUBERT** recruited to work for him as a prostitute beginning in December 2012.

**The Conspiracy**

5. Between in or about December 2012, and continuing through on or about February 22, 2013, in the District of Maryland and elsewhere, the defendants,

**RODNEY HUBERT,**
**a/k/a "Noah," and**
**CHARLES HUFTON,**
**a/k/a "CJ,"**

did combine, conspire, confederate and agree with others known and unknown to the Grand Jury to violate Title 18, United States Code, Sections 1591(a)(1) and 1591(a)(2), that is,

a. in and affecting interstate and foreign commerce, to knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means B.O., and

b. to knowingly benefit financially and by receiving anything of value from participation in a venture engaged in acts described in subparagraph 5(a) above,

knowing, and in reckless disregard of the fact a person, namely B.O., and having had a reasonable opportunity to observe B.O, had not attained the age of 18 years and would be caused to engage in a commercial sex act,

**Manner and Means of the Conspiracy**

6. It was part of the conspiracy that defendants **HUBERT** and **HUFTON** recruited, harbored and transported females, some of whom were underage, to engage in commercial sex acts and received monies and other things of value by having the females engage in commercial sex acts. The defendants sometimes used the assistance of other female prostitutes to aid the conspiracy. Among other means, **HUBERT** and **HUFTON**:

a. offered a "finder's fee" to female prostitutes if they found additional females to work for them;

b. took provocative or explicit photographs of females and uploaded the

images onto Internet websites that host personalized advertisements for commercial sex;

c. provided the females with a residence to host "in-call" local prostitution in Parkville, Maryland and drove them to "out-call" remote prostitution locations;

d. instructed the females how to use a voice-over-IP phone application to communicate with prospective commercial sex customers to avoid detection;

e. enticed female prostitutes to have sexual contact and sexual intercourse with customers and with themselves and others known and unknown to the Grand Jury; and

f. collected large percentages of the females' earnings.

**Overt Acts**

7. In furtherance of the conspiracy, and to affect the objects thereof, defendants **HUBERT** and **HUFTON**, and others both known and unknown to the Grand Jury, committed the following acts:

a. **HUBERT** encouraged B.S. to recruit B.O. to perform prostitution for **HUBERT** in exchange for which B.S. would receive a commission.

b. **HUBERT** invited B.O. to reside with him and B.S. at a residence that he maintained in Parkville, Maryland.

c. **HUBERT** offered to pay B.O. $400 dollars to take photographs of B.O. wearing lingerie in a provocative manner.

d. **HUBERT** offered to pay B.O. $1,000 to make a pornographic film.

e. **HUBERT** and **HUFTON** created a pseudonym for B.O., "Ashley," and advertised online that she would prostitute at both the Parkville "in-call" location, as well as "out-call" locations of prospective clients.

f. **HUFTON** used his smartphone and email address

*naptownboy0701@gmail.com* to create and post advertisements online for the females' commercial sex.

g. **HUFTON** drove the female prostitutes, including B.O., to numerous "out-call" commercial sex locations and collected a portion of their earnings.

h. **HUBERT** encouraged B.O. to perform commercial sex acts together with B.S. and created online advertisements indicating that her services included "2 girl special(s)."

18 U.S.C. 1594(c)

**COUNT TWO**
**(Sex Trafficking of a Minor)**

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs 1 through 4 and 6 through 7 of Count One are incorporated here.

2. Between in or about December 2012, and on or about February 22, 2013, in the District of Maryland and elsewhere, the defendant,

**RODNEY HUBERT,**
**a/k/a "Noah,"**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, B.O., and did benefit financially and by receiving anything of value from participation in a venture engaged in such acts, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe B.O., that B.O. had not attained the age of 18 years and would be caused to engage in a commercial sex act.

18 U.S.C. § 1591(a)
18 U.S.C. § 2

Rod J. Rosenstein by [signature]
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

1/7/14
Date